JOSEPH F. BERNASCHEFF BUILDING CONSTRUCTION COMPANY, INC., Appellant, v. OHIO FARMERS INSURANCE COMPANY, Respondent.— While plaintiff was not entitled to go to the jury on the question of the insurance

on the real estate, and the court, therefore, rightfully dismissed it as to that feature of the case, still the plaintiff was entitled to go to the jury upon the question of personal property, however improbable the story may appear. The judgment is, therefore, reversed, and a new trial granted, costs to abide the event. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.